## CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY

Clerk of the Circuit Court
Courthouse
Upper Marlboro, MD 20772-9987

**WRIT OF SUMMONS**                           Case Number: __CAL18-39692__

**STATE OF MARYLAND, PRINCE GEORGE'S COUNTY, TO WIT:**

**TO:**
**Name** Prince George's County Board of Education
Kevin M. Maxwell, Chief Executive Officer

**Address** Sasscer Administrative Building, 14201 School Lane, Upper Marlboro, MD 20772

**County** Prince George's

You are hereby summoned to file a ***written*** response by pleading or motion in this Court to the attached Complaint filed by

**Name** John Doe #7 and Jane Doe #11, individually and as parents and next friends of John Doe #8

**Address** c/o Joseph, Greenwald & Laake, P.A., 6404 Ivy Lane, #400, Greenbelt, MD 20770

**County** Prince George's

within __30__ days after service of this summons upon you.

WITNESS: the Honorable Clerk of the Circuit Court for Prince George's County, Maryland

Date Issued: __10-25-18__        __Sydney J. Harrison__
                                              Clerk       #559

To the person summoned:
1. Personal attendance in court on the day named is not required.
2. Failure to file a response within the time allowed may result in a Judgment by Default or the Granting of the relief sought against you.
3. Proper Courtroom attire is expected. Anything that you would wear to an office that presents a professional appearance is appropriate. Please no shorts, cut-off jeans, halter, tank or tube tops or other attire that reveals the abdomen or lower back, spandex or mesh garments.

**SHERIFF'S RETURN**

**FEE $**_____                  **SHERIFF** _____

Note:
1. This summon is effective for service only if served within 60 days after the date it is issued.
2. Proof of service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).
5. Direct your responses and questions to Circuit Court for Prince George's County, Clerk of the Circuit Court, 14735 Main Street, Courthouse D1002, Upper Marlboro, MD 20772-9987. Legal advice cannot be obtained from this office.