**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)**

| | |
|---|---|
| JOHN DOE #7 AND JANE DOE #11, Individually and as parents and next friends of JOHN DOE #8, a minor | * |
| Plaintiffs | * |
| v. | *   Civil Action No. : 18-03689 |
| BOARD OF EDUCATION OF PRINCE GEORGE'S COUNTY, *et al.* | * |
| Defendants | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**LINE**

This is to inform the Court that, after filing its Notice of Removal and related papers, the undersigned realized that it did not include counsel for Defendant Michelle Williams in the Certificate of Service. This is certify that on this day the undersigned will serve on counsel for Defendant Michelle Williams all of the documents filed in this case via first class mail, postage prepaid.

Respectfully submitted,

/s/ (filed electronically)
_____
Edmund J. O'Meally
Federal Bar No. 04910
Andrew G. Scott
Federal Bar No. 29257
Kambon R. Williams
Federal Bar No. 29872
PESSIN KATZ LAW, P.A.
901 Dulaney Valley Road, Suite 500
Towson, Maryland  21204
Tele:  (410) 938-8800
Fax:   (410) 832-5654
eomeally@pklaw.com
ascott@pklaw.com

kwilliams@pklaw.com

**ATTORNEYS FOR THE BOARD OF EDUCATION OF PRINCE GEORGE'S COUNTY**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of November, 2018, a copy of the foregoing Notice of Removal was electronically served upon all counsel of record via the Court's CM/ECF system, and that a hard copy of same was mailed via first-class mail, postage prepaid, to:

Mark T. Foley, Esquire
Sasscer, Clagett & Bucher, P.A.
5407 Water Street, Suite 101
Upper Marlboro, MD 20772

**COUNSEL FOR DEFENDANT MICHELLE WILLIAMS**

Deonte Carraway – Register Number 61899-037
USP TUCSON
U.S. PENITENTIARY
P.O. BOX 24550
TUCSON, AZ  85734

**PRO SE DEFENDANT**

/s/ (filed electronically)
_____
Andrew G. Scott